IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

_____

LISA AGUILAR

Plaintiff,

v.

Brian Albright and Fieldcore, a G.E. Company F/D/B/A Granite Services, Inc.

Defendants.

_____

**NOTICE OF REMOVAL**
_____

In accordance with 28 U.S.C. §§ 1441 and 1446, *et seq.,* defendants Brian Albright and Fieldcore, a G.E. Company d/b/b Granite Services Inc. (hereafter "Fieldcore"), file this Notice of Removal from the Pueblo County District Court, State of Colorado, where it is now pending, to this Court. In support of this Notice of Removal, Mr. Albright and Fieldcore state as follows:

1.      Plaintiff commenced this action in Pueblo County District Court, State of Colorado, through Case No. 2018CV30830. Pueblo County District Court is within the judicial district of this Court.

2.      In her Amended Complaint, attached as Exhibit A, Plaintiff alleges that she received personal injuries during a traffic accident which occurred on June 21, 2016 at approximately 11:00 pm. Plaintiff contends that her injuries were the result of Defendant Brian Albright's negligent operation of a motor vehicle. Finally, Plaintiff contends that Defendant Albright was acting within the scope and course of his employment for

Fieldcore. (Exhibit A, ¶¶ 6 through 17 and 27 through 49).

3.      With the filing of Plaintiff's Complaint, Plaintiff filed a Civil Cover Sheet denoting that "Simplified Procedure under C.R.C.P. 16.1 does not apply to this case because . . . This party is seeking a monetary judgment for more than $100,000 against another party, including attorney fees, penalties or punitive damages, but excluding interest and costs . . . " (Exhibit B).

4.      As noted in Plaintiff's Amended Complaint, Plaintiff is a resident of the State of Colorado. (Exhibit A, ¶ 1).

5.      Defendant Brian Albright is a resident of the State of Tennessee. (Exhibit A, ¶ 2).

6.      Defendant Fieldcore is a licensed corporation with its principal place of business in the State of Florida. (Exhibit A, ¶ 3).

7.      Diversity jurisdiction exists under 28 U.S.C. § 1332.

8.      Pursuant to 28 U.S.C. 1446(a), all process, pleadings, and papers that have been filed and provided to Defendants Brian Albright and Fieldcore in Plaintiff's state court action are attached as Exhibits A through K. (A – Amended Complaint; B - Civil Cover Sheet; C – Original Complaint, D – Original Summons; E - Plaintiff's Motion for Extension of Time to Serve Amended Complaint; F – Proposed Order for Motion for Extension of Time, G – Status Report, H – Return of Service, I – Recusal Order of Judge Ernst, J – Ct. Order re: Extension of Time to Serve Amended Complaint; K – Ct. Order re: Status Report).

9.      Concurrently with filing this Notice of Removal, Defendants Brian Albright and Fieldcore are giving written notice of the filing of this Notice of Removal to Plaintiff

and is filing a copy of the Notice of Removal with the clerk of the Pueblo County District Court, State of Colorado, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Brian Albright and Fieldcore remove this matter from the Pueblo County District Court, State of Colorado to this Court for trial and determination.

Dated this 17th day of April, 2019.

Respectfully submitted,


s/Deana R. Dagner
Deana R. Dagner, Esq.
Luke J. Volker Esq.
Dagner | Schluter | Mitzner | Werber, LLC
5105 DTC Parkway, Suite 250
Greenwood Village, CO 80111
Telephone: (303) 221-4661
Email: ddagner@lawincolorado.com
Attorneys for Defendants BRIAN ALBRIGHT and FIELDCORE, F/D/B/A GRANITE SERVICES, INC.


*Original signature of Deana R. Dagner, Esq., on file at office of* Dagner | Schluter | Mitzner | Werber, LLC, *pursuant to Fed.R.Civ.P.121 § 1-26*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 17th day of April, 2019, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of this to the following individuals:

Tonya L. Melnichenko
Erica A. Vecchio
Franklin D. Azar & Associates, P.C.
5536 Library Lane
Colorado Springs, CO 80918

 s/ Sherry J. Cook, Paralegal